IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00136-DME-MJW

PATRICIA MAHLMAN,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## ORDER

This matter, which was originally commenced by Plaintiff Gary Mahlman, comes before the court on Defendant's motion to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(7), for failure to join the true party in interest. That motion was dated February 22, 2008. Since then, Plaintiff has filed an amended complaint substituting Patricia Mahlman as the sole Plaintiff. And Defendant has answered that amended complaint. In light of these subsequent events, the court DISMISSES Defendant's February 22, 2008 motion to dismiss as MOOT.

    Dated: June 9, 2008

                                          BY THE COURT:

                                          *s/ David M. Ebel*

                                          UNITED STATES CIRCUIT JUDGE