IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00136-DME-MJW

PATRICIA MAHLMAN,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (docket no. 25) is **GRANTED**.
The Plaintiff shall designate experts by October 20, 2008.
The Defendant shall designate experts by November 17, 2008.
The deadline to complete discovery is extended to December 15, 2008.


Date:   September 30, 2008