IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Civil Action NO 08-cv-00136-DME-MJW

PATRICIA MAHLMAN,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR COURT TO RETAIN JURISDICTION FOR DISTRIBUTION OF SETTLEMENT PROCEEDS (Docket No 59)

Upon consideration of the Unopposed Motion for Court to Retain Jurisdiction For Distribution of Settlement Proceeds ("Unopposed Motion") and the Court being otherwise advised in the premises, it is

ORDERED that the above-referenced Unopposed Motion is granted. The Parties shall have until such time as this Court has ruled on Plaintiff's Petition for Distribution of Settlement Proceeds within which to file the Stipulation of Dismissal.

Dated this 3rd day of March, 2009.

BY THE COURT:

*(signature)*
~~U.S. DISTRICT COURT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO