IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00136-DME-MJW

PATRICIA   MAHLMAN, as Personal Representative
of the Estate of GARY P. MAHLMAN, deceased,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

## ORDER FOR DISMISSAL

Based upon the settlement of this case that was placed on the record before Magistrate Judge Watanabe on April 22, 2009, it is hereby ORDERED that this case is dismissed with prejudice but is subject to being re-opened up to and including July 27, 2009, if Defendant Union Pacific Railroad Company does not deliver the settlement proceeds to Plaintiffs by that date.

Done this 28th day of April 2009.

BY THE COURT

S/ Daivd M. Ebel
David M. Ebel
Senior Circuit Judge