IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00136-DME-MJW

PATRICIA MAHLMAN,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that *Plaintiff's Motion to Withdraw Her Motion to Enforce Settlement Agreement*, DN 78, filed with the Court on August 11, 2009, is GRANTED.

It is FURTHER ORDERED that the *Stipulated Motion to Vacate Hearing Scheduled, Thursday, August 13, 2009 at 3:00 p.m.*, DN 79, filed with the Court on August 11, 2009 is GRANTED.  The Motion Hearing is VACATED.

Date:  August 11, 2009