IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00136-DME-MJW

PATRICIA MAHLMAN,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendant's Counter-Motion to (1) Reopen the Case; (2) Enforce the Settlement Agreement Reached January 9, 2007, and Require Plaintiff to Sign the Amended Release; and (3) Vacate the Minute Order of April 22, 2009 (Docket Nos. 74 and 75) is denied as moot.

Date:   August 18, 2009